# Third District Court of Appeal
## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0307
Lower Tribunal No. 19-15309-CA-01
_____

**USAA Casualty Insurance Company**,
Appellant,

vs.

**David L. Deehl**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Boyd & Jenerette, PA, and Kevin D. Franz (Boca Raton), for appellant.

Mandina & Ginsberg, PLLC, and Marc R. Ginsberg, for appellee.

Before SCALES, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.